**Curtis Dale RICHARDSON, Plaintiff—Appellant,**

v.

**SWANSON SERVICES, Defendant— Appellee,**

and

**Phillip Thompson, Sheriff of Horry County in his official and individual capacity; Mark Sanford, Governor of South Carolina; Jim Mcclain, Di-** rector **of Department of Probation, Parole and Pardon Services; Gwendolyn A. Bright, Director of Parole Board Support Services, Defendants.**

**No. 05–6704.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 27, 2005.

Curtis Dale Richardson, Appellant Pro Se. William Jacob Watkins, Jr., Womble, Carlyle, Sandridge & Rice, Greenville, South Carolina, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis Dale Richardson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Richardson v. Swanson Services*, No. CA–03–2426–RBH (D.S.C. Apr. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED*